AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN _____ **District of** _____ CALIFORNIA _____

| | |
|---|---|
| JERRY FLOYD, | |
| | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| FOSTER WHEELER ENERGY | CASE NUMBER:   3:15-cv-05382- JST |
| CORPORATION, et al.,   Defendant (s), | |

Notice is hereby given that, subject to approval by the court,   GOULDS PUMPS INC.
now known as GOULDS PUMPS LLC _____ substitutes

(Party (s) Name)

AMY J. TALARICO _____ , State Bar No. _____ 209112 _____ as counsel of record in

(Name of New Attorney)

place of   THOMAS C. CROSBY [SBN 99516] / AMY M. KIMMEL  (SBN 215195) _____ .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      MORGAN,LEWIS & BOCKIUS LLP

Address:       ONE MARKET, SPEAR STREET TOWER, SAN FRANCISCO, CA  94105

Telephone:      (415) 442-1000 _____ Facsimile _____ (415) 442-1001

E-Mail (Optional):   amy.talarico@morganlewis.com

I consent to the above substitution.

Date:   5/3/16 _____

CRAIG E. JOHNSON

(Signature of Party (s))

I consent to being substituted.

Date:   5/2/16 _____

THOMAS C. CROSBY / AMY M. KIMMEL

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   5/3/16 _____

AMY J. TALARICO

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   May 18, 2016 _____

Judge

IT IS SO ORDERED
Judge Jon S. Tigar

[Note: A separate consent order of substitution must be filed by each attorney wishing to enter an appearance.]