UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY FLOYD,

        Plaintiff,

  v.

ASBESTOS CORPORATION, LTD., et al.

        Defendants.

Case No. 15-cv-05382-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 131

Plaintiff Jerry Floyd has filed a stipulation of dismissal dated July 27, 2016, stating that he has agreed to settle all claims between Plaintiff and Defendant M. Slayen and Associates, Inc. ECF No. 131. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between Plaintiff and Defendant M. Slayen and Associates, Inc. have been dismissed without prejudice. The Clerk is directed to terminate Defendant M. Slayen and Associates, Inc. as a party in this case.

IT IS SO ORDERED.

Dated: July 28, 2016

                                                JON S. TIGAR
                                                United States District Judge