UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerry Floyd,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Asbestos Corporation, LTD, et al.,<br><br>　　　　Defendants. | Case No. No. 3:15-cv-05382-JST<br><br>**[PROPOSED] ORDER DISMISSING ACTION AS TO DEFENDANT CRANE CO.** |

Pursuant to the Joint Stipulation to Dismiss Action as to Defendant Crane Co., filed by the parties to this action, it is hereby ordered that Plaintiffs' Complaint is dismissed as to Crane Co., without prejudice. Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: September 1, 2016

By: _____
HON. Jon S. Tigar
District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Jon S. Tigar]*

1