UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jerry Floyd**,<br><br>         Plaintiff,<br><br>    vs.<br><br>**Asbestos Corporation, LTD, et al.**,<br><br>         Defendants. | Case No. 3:15-cv-05382-JST<br><br>[PROPOSED] ORDER DISMISSING ACTION AS TO DEFENDANT DOUGLASS INSULATION COMPANY, INC. |

Pursuant to the Joint Stipulation to Dismiss Action as to DOUGLASS INSULATION COMPANY, INC., filed by the parties to this action, it is hereby ordered that Plaintiff's Complaint is dismissed as to DOUGLASS INSULATION COMPANY, INC., without prejudice. Each part to bear its own costs.

**IT IS SO ORDERED.**

DATED: September 13, 2016

By: _____
    HON.
    United

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

1