UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerry Floyd,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Asbestos Corporation, LTD, et al.,<br><br>　　　　　Defendants. | Case No. No. 3:15-cv-05382-JST<br><br>**[PROPOSED] ORDER DISMISSING ACTION AS TO DEFENDANT FOSTER WHEELER ENERGY CORPORATION, ERRONEOUSLY SUED AS FOSTER WHEELER USA CORPORATION** |

Pursuant to the Joint Stipulation to Dismiss Action as to FOSTER WHEELER ENERGY CORPORATION, ERRONEOUSLY SUED AS FOSTER WHEELER USA CORPORATION filed by the parties to this action, it is hereby ordered that Plaintiffs' Complaint is dismissed as to FOSTER WHEELER ENERGY CORPORATION, ERRONEOUSLY SUED AS FOSTER WHEELER USA CORPORATION without prejudice. Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: September 13 , 2016        By _____
　　　　　　　　　　　　　　　　　　　　HON. Jon S. Tigar
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1