UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY FLOYD,<br><br>           Plaintiff,<br><br>      v.<br><br>ASBESTOS CORPORATION, LTD., et al.,<br><br>           Defendants. | Case No. 15-cv-05382-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF Nos. 168, 169 |

Plaintiff Jerry Floyd has filed two stipulations of dismissal dated September 15, 2016. ECF No. 168, 169. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between Jerry Floyd and Metalclad Insulation LLC and Certainteed Corporation have been dismissed without prejudice. The Clerk is directed to terminate Metalclad Insulation LLC and Certainteed Corporation as parties in this case.

IT IS SO ORDERED.

Dated: September 16, 2016

_____
JON S. TIGAR
United States District Judge