1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| JERRY FLOYD, | Case No. 3:15-cv-05382-JST |
| Plaintiff, | **[PROPOSED]~~ ORDER DISMISSING ACTION AS TO DEFENDANT HONEYWELL INTERNATIONAL INC., F/K/A ALLIEDSIGNAL INC., AS SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION** |
| vs. | |
| ASBESTOS CORPORATION, LTD., et al., | |
| Defendants. | |

Pursuant to the Joint Stipulation to Dismiss Action as to Honeywell International Inc. f/k/a AlliedSignal Inc., as Successor-in-Interest to The Bendix Corporation filed by the parties to this action, it is hereby ordered that Plaintiff's Complaint is dismissed as to Honeywell International Inc. f/k/a AlliedSignal Inc., as Successor-in-Interest to The Bendix Corporation without prejudice. Each party to bear its own costs.

Dated: September 23, 2016

By: _____
Hon. Jon S. Tigar
United States District Court Judge