UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerry Floyd,<br><br>           Plaintiff,<br><br>    vs.<br><br>Asbestos Corporation, LTD, et al.,<br><br>           Defendants. | Case No. No. 3:15-cv-05382-JST<br><br>[PROPOSED] ORDER DISMISSING ACTION AS TO DEFENDANT IMO INDUSTRIES, INC. |

Pursuant to the Joint Stipulation to Dismiss Action as to IMO INDUSTRIES, INC. filed by the parties to this action, it is hereby ordered that Plaintiffs' Complaint is dismissed as to IMO INDUSTRIES, INC. without prejudice. Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: September 23, 2016

By _____
HON. Jon S. Tigar
United States District Court Judge

1