# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY FLOYD,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ASBESTOS CORPORATION LTD, et al.,<br><br>    Defendants. | **Case No:  3:15-cv-05382 JST**<br><br>**ORDER DISMISSING ACTION AS TO DEFENDANT BW/IP, INC., and its Wholly Owned Subsidiaries, Improperly Sued and Served as BW/IP, INC., Individually and as Successor-in-Interest to BYRON JACKSON PUMP CO.** |

Pursuant to the Joint Stipulation to Dismiss Action as to Defendant BW/IP, INC., and its Wholly Owned Subsidiaries, Improperly Sued and Served as BW/IP, INC., Individually and as Successor-in-Interest to BYRON JACKSON PUMP CO. (hereinafter "BW/IP"), filed by the parties to this action, it is hereby ordered that Plaintiffs' Complaint is dismissed as to BW/IP, without prejudice.  Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: September 28, 2016     By: _____
HON. Jon S. Tigar
United States District Court Judge