UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerry Floyd,<br><br>   Plaintiff,<br><br>vs.<br><br>Asbestos Corporation, LTD, et al.,<br><br>   Defendants. | Case No. No. 3:15-cv-05382-JST<br><br>[PROPOSED] ORDER DISMISSING ACTION AS TO DEFENDANT OWENS-ILLINOIS, INC. |

Pursuant to the Joint Stipulation to Dismiss Action as to Defendant Owens-Illinois, Inc. filed by the parties to this action, it is hereby ordered that Plaintiffs' Complaint is dismissed as to Owens-Illinois, Inc. with prejudice. Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: October 17, 2016        By _____
                              HON. Jon S. Tigar
                              United States District Court Judge

1