UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerry Floyd,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Asbestos Corporation, LTD, et al.,<br><br>　　　　Defendants. | Case No. No. 3:15-cv-05382-JST<br><br>[PROPOSED] ORDER DISMISSING ACTION AS TO DEFENDANT MECHANICAL DRIVES & BELTING, f/k/a L.A. RUBBER COMPANY |

Pursuant to the Joint Stipulation to Dismiss Action as to MECHANICAL DRIVES & BELTING, f/k/a L.A. RUBBER COMPANY filed by the parties to this action, it is hereby ordered that Plaintiffs' Complaint is dismissed as to MECHANICAL DRIVES & BELTING, f/k/a L.A. RUBBER COMPANY without prejudice. Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: October 17, 2016

By _____
HON. Jon S. Tigar
United States District Court Judge

1