UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerry Floyd,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Asbestos Corporation, LTD, et al.,<br><br>　　　　　Defendants. | Case No. No. 3:15-cv-05382-JST<br><br>[PROPOSED] ORDER DISMISSING ACTION AS TO DEFENDANT CBS CORPROATION |

Pursuant to the Joint Stipulation to Dismiss Action as to Defendant CBS Corporation filed by the parties to this action, it is hereby ordered that Plaintiffs' Complaint is dismissed as to CBS Corporation with prejudice. Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: October 24 2016

By _____
HON. Jon S. Tigar
United States District Court Judge