UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jerry Floyd,**<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**Asbestos Corporation, LTD, et al.,**<br><br>　　　　　Defendants. | Case No. No. 3:15-cv-05382-JST<br><br>[PROPOSED] ORDER DISMISSING ACTION AS TO DEFENDANT ASBESTOS CORPORATION, LTD. |

　　Pursuant to the Joint Stipulation to Dismiss Action as to Defendant ASBESTOS CORPORATION, LTD. filed by the parties to this action, it is hereby ordered that Plaintiffs' Complaint is dismissed as to ASBESTOS CORPORATION, LTD. with prejudice.  Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: October 25, 2016　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　HON. Jon S. Tigar
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1